UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61338-CIV-DAMIAN

ANDY CRISTINA GÓMEZ GÓMEZ DE GARCÍA,

     Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL CENTER,
in his/her official capacity as Warden;

GARRETT RIPA,
in his official capacity as Director,
U.S. Immigration and Customs Enforcement;

MARKWAYNE MULLIN,
in his official capacity as Secretary of the
U.S. Department of Homeland Security,,

     Respondents.

_____/

## ORDER GRANTING IN PART PETITION

**THIS CAUSE** is before the Court on Petitioner, Andy Cristina Gómez Gómez De García's ("Petitioner"), Petition for a Writ of Habeas Corpus ("Petition") [ECF No. 1], filed on May 5, 2026, and the Response to Order to Show Cause ("Response") [ECF No. 6], filed on May 11, 2026.

THE COURT has reviewed the Petition, the Response, and the record in this case and is otherwise fully advised. Petitioner asserts a due process challenge to her arrest and detention by immigration officials alleging, in relevant part, that her continued custody is unlawful, arbitrary, and contrary to the United States Constitution. Petitioner requests release from immigration detention and that Respondents afford her a bond hearing. *See generally* Pet. In the Response, Respondents state that in light of the Eleventh Circuit's

recent decision in *Alvarez v. Warden*, No. 25-14065, __ F.4th __ (11th Cir. May 6, 2026), they do not oppose Petitioner's request for a bond hearing. *See* Resp.

This Court finds that Petitioner is entitled to an individualized bond hearing as a detainee under 8 U.S.C. § 1226(a), and noting that Respondents do not oppose the request, it is

**ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **GRANTED IN PART** to the extent that Petitioner requests this Court to direct the Immigration Court to give her a bond hearing. Respondents shall **FORTHWITH** afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or otherwise release Petitioner. The bond hearing must take place no later than **June 5, 2026**.

The Clerk of Court is **DIRECTED** to **CLOSE** this case for administrative and statistical purposes. In the event Respondents fail to comply with this Order, Petitioner may move to reopen this case.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 2nd day of June, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc. Counsel

2